AO 91 (Rev 8/01)   Criminal Complaint

United States Courts
Southern District of Texas
FILED

February 25, 2022
Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Daniel Prieto-Aparicio

IAE   YOB: 1989
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-22-0397-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **February 23, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Daniel Prieto-Aparicio was encountered by Border Patrol Agents near Penitas, Texas on February 23, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 23, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on October 1, 2009, through Calexico, California. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On July 17, 2008, the defendant was convicted of Possess Control Substance for Sale and sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA Matthew Phelps
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 25, 2022   at 6:54 a.m.

/S/ Jose E. Diaz
Signature of Complainant

Jose E. Diaz   Border Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer